# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 7 |
| Start Man Furniture, LLC, et al. | : Case No.: 20-10553-CTG |
| Debtor. | : |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : **MEDIATION STATUS REPORT** |
| Plaintiff, | : |
| v. | : Adv. Proc. No.: 22-50194-CTG |
| Jackson Furniture Industries, Inc. | : |
| Defendant. | : |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

_____   Mediation is scheduled to occur on _____.

_____   A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

  X       OTHER:  The Mediator expects to have a mediation date scheduled within the next 45 days.

Dated: March 7, 2025                              Mediator

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Ian Connor Bifferato*
　　　　　　　　　　　　　　　　　　　　　　　　　　Ian Connor Bifferato (DE #3273)
　　　　　　　　　　　　　　　　　　　　　　　　　　The Bifferato Firm P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　112 French St.
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel. (302) 225-7600
　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: cbifferato@tbf.legal