### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as* | : | **MEDIATION STATUS REPORT** |
| *Chapter 7 Trustee of Art Van Furniture,* | : | |
| *LLC, et al.* | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 22-50194-CTG |
| | : | |
| Jackson Furniture Industries, Inc. | : | |
| | : | |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

_____    Mediation is scheduled to occur on _____.

_____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

__X__    OTHER:  The Mediator expects to have a mediation date scheduled within the next 45 days.

Dated: June 10, 2025                    Mediator

                                         _/s/ Ian Connor Bifferato_____
                                        Ian Connor Bifferato (DE #3273)
                                        The Bifferato Firm P.A.
                                        112 French St.
                                        Wilmington, DE  19801
                                        Tel. (302) 225-7600
                                        E-mail: cbifferato@tbf.legal