**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as* | : | **MEDIATION STATUS REPORT** |
| *Chapter 7 Trustee of Art Van Furniture,* | : | |
| *LLC, et al.* | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 22-50194-CTG |
| | : | |
| Jackson Furniture Industries, Inc. | : | |
| | : | |
| Defendant. | | |

   In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

   _____    Mediation is scheduled to occur on _____.

   _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

   \_\_X\_\_    OTHER:  The Mediator expects to have a mediation date scheduled within the next 30 days.


Dated: June 9, 2026       Mediator

              */s/ Ian Connor Bifferato*
             Ian Connor Bifferato (DE #3273)
             The Bifferato Firm P.A.
             112 French St.
             Wilmington, DE  19801
             Tel. (302) 225-7600
             E-mail: cbifferato@tbf.legal